IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| H. RENEE JAMES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv528-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION AND ORDER

Plaintiff H. Renee James filed this lawsuit contending that she has been subjected to race and sex discrimination in her employment and has suffered retaliation from her employer due to her complaints of discrimination. This case is before the court on the recommendation of the United States Magistrate Judge that defendant Rudy Martinez's motion to dismiss be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 72) is adopted.

(2) The motion to dismiss (doc. no. 55) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 5th day of January, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**