IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


H. RENEE JAMES,             )
                            )
     Plaintiff,             )
                            )
     v.                     )        CIVIL ACTION NO.
                            )         2:17cv528-MHT
                            )             (WO)
CITY OF MONTGOMERY,         )
et al.,                     )
                            )
     Defendants.            )

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 116), it is the ORDER, JUDGMENT, and DECREE of the court that the following defendants are dismissed and terminated with prejudice: the Montgomery City-County Personnel Board, Todd Strange, J. Christopher Murphy, Earnest Finley, Christopher A. Wingard, Ron Cook, Brian Jurkofsky, William S. Simmons, Natasha Walker, Bruce Thornell, Donald Lowe, Ronald F. Sams, Carmen Douglas, Rudy Martinez, Chief Bowman, and Shannon Youngblood.

It is further ORDERED, pursuant to said stipulation, that the following claims against the remaining defendant, the City of Montgomery, are dismissed with prejudice: "Count II-Retaliation-42 U.S.C. § 1983"; "Count VIII-42 U.S.C. § 1981-HARRASSMENT--HOSTILE WORK ENVIRONMENT"; "Count IX-42 U.S.C. § 1983-HARRASSMENT-HOSTILE WORK ENVIRONMENT"; and "Count X-TITLE VI-HARRASSMENT WORK ENVIRONMENT."

The parties are to bear their own costs.

The City of Montgomery is the only defendant remaining in this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 1st day of August, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE