IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| H. RENEE JAMES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MONTGOMERY, ALABAMA, )<br>)<br>Defendants. ) | CASE NO. 2:17-CV-528-RAH |

**ORDER**

On July 13, 2022, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 166.) On September 14, 2022, the City of Montgomery filed a renewed motion for sanctions. (Doc. 167.) The Court ordered the Plaintiff to show cause, on or before October 6, 2022, why the City's Motion for Sanctions (Doc. 167) should not be granted. The Plaintiff has failed to file a response. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation (Doc. 166) is ADOPTED;

2. The Motions for Sanctions (Doc. 161, 167) are GRANTED;

3. On or before February 21, 2023, the Plaintiff shall satisfy the bill of costs against her in the amount of $5,512.45.

DONE, on this the 19th day of January, 2023.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE